IN THE UNITED STATES COURT

OF APPEALS

FOR THE ELEVENTH CIRCUIT


U.S. COURT OF APPEALS
RECEIVED
CLERK
JUL 03 2025
ATLANTA, GA

Felissa Grissett
**Plaintiff: Appellant**

Georgia Powell

~~Judge Paul Barber~~
~~District Court of Appeals~~
Defendant: Appellees

### PRINCIPAL BRIEF OF THE APPELLANT

On appeal from the United States District Court
for Northern District of Georgia Atlanta Division
Case 25-12251 D

Felissa Grissett
25090 Mulholland Hwy
Calabasas, California 91302
478-317-8093

Pro Se
Bankruptcy case should have been closed by September 2023

(1)

UNITED STATES COURT
OF APPEALS FOR
THE 11th CIRCUIT

7-3-25

Felissa Grissett
~~Appellant~~

Case number:
25-12251-D

U.S. COURT OF APPEALS
RECEIVED
CLERK
JUL 03 2025
ATLANTA, GA

RAIL

Appellee's

MOTION AM~~ENDING~~ DOING BRIEF

Come now THE appellant appending the brief. Mostly nearly All are involved in conspiracy to commit my murder fraud, my children murders, fraud, hacking ~~patter~~ documents, ~~Avoided~~ Are lazy And involved, false annotations, false records, Using my personal information for personal gain or to hinder me. The Bomb in my house, false insurance policy, Mortgage record are inaccurate, Violating my rights to earn opportunity, grading scandal, void injury because of electrocution, not following laws as

17) Breaking into my car, house, accounts, emails, social media,
18) Jacking up prices
19) Intercepted calls
20) Following me
21) Cameras in my home I have no idea were they are.
22) Geico & Safeco created fake policy
23) Upington is now preblocking my refunds
24) Cancelling cards and processing them without my permission
25) Gave my children immunization shot knowing they were under religous beliefs
26) Ignoring cries of abuse, neglect, and other important information
27) Terrorizing my entire family
28) Violating our rights to privacy

Forcing us out of our home the many attempts on our lives and a grooming scandal.

2) Block assist necessary to improve or survive

3) False/INACCURATE MEDICAL Diagnosis and records.

To each Appellee you PICK WHICH NUMBER YOU FALL UNDER! The library, UPS, and more are blocking me from drafting individual Briefs. There I am giving the old one about mark co ten and write out the admented one.

# ELEVENTH CIRCUIT TRANSCRIPT ORDER FORM
*Provide all required information and check the appropriate box(es)*

## PART I.                                            Transcript Information

*Within 14 days of the filing of the notice of appeal, the appellant **must** complete Part I and file this form in two places: the District Court **AND** the Court of Appeals for all cases. 11th Cir. R. 10-1.*

**Case Information:**

Short Case Style: __Kilgar__ vs __Georgia Power__
 __12251__

District Court No.: _____ Date Notice of Appeal Filed: _____

Court of Appeals No. (if available): _____

**Transcript Order Information:**

☐ No hearing    ☐ No transcript is required for appeal purposes    ☐ All necessary transcript(s) already on file

☐ I am ordering a transcript of the following proceedings:

                HEARING DATE(S) / JUDGE/MAGISTRATE / COURT REPORTER NAME(S)

☐ Pre-Trial Proceedings_____

☐ Trial_____

☐ Sentence_____

☐ Plea_____

☐ Other_____

**Criminal Appeals:**
In a criminal appeal, if the appellant pleaded guilty and intends to raise an issue regarding the guilty plea, the record must include a transcript of the guilty plea colloquy, and if the appellant intends to raise an issue regarding the sentence, the record must include a transcript of the sentencing hearing. *If such transcripts are not ordered, you must check the appropriate box(es) below:*

Transcript of Guilty Plea Colloquy

☐ A transcript of the guilty plea colloquy is already on file.

☐ A transcript of a guilty plea colloquy is not being ordered and is not already on file, and I certify that no issue regarding a guilty plea will be raised in a merits brief in this appeal.

Transcript of Sentencing Hearing

☐ A transcript of the sentencing hearing is already on file.

☐ A transcript of the sentencing hearing is not being ordered and is not already on file, and I certify that no issue regarding sentencing will be raised in a merits brief in this appeal.

**Note:** Counsel who seek leave to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), must ensure the record contains transcripts of all relevant proceedings. *See* 11th Cir. R. 27-1(a)(8).

**Financial Arrangements:**

☐ I certify that I have made satisfactory arrangements with the Court Reporter(s) for paying the cost of the transcript(s).

☐ **Criminal Justice Act**: My completed AUTH-24 for government payment of transcripts has been uploaded in eVoucher and is ready for submission to the magistrate judge or district judge [if appointed by the district court] or to the circuit judge [if ordered by or appointed by the circuit court].

Ordering Counsel/Party:_____

Address:_____

E-mail: _____ Phone No.: _____

☐ **I certify that I have completed and filed Part I with the District Court AND the Court of Appeals, served all parties, AND sent a copy to the appropriate Court Reporter(s) if ordering a transcript. 11th Cir. R. 10-1.**

**Please ensure signature is affixed.**

Date:_____ Signature:_____

Attorney for:_____

**PART II.                Court Reporter Acknowledgment**

*Within 14 days of receipt, the Court Reporter must complete this section, file this form with the District Court, AND send a copy of this form to the Court of Appeals and all parties. The transcript must be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were made unless the Court Reporter obtains an extension of time to file the transcript.*

Date Transcript Order received:_____

☐ Satisfactory arrangements for paying the cost of the transcript were made on:_____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days:_____

Estimated no. of transcript pages:_____

Estimated filing date:_____

☐ **I certify that I have completed and filed Part II with the District Court AND sent a copy of this form to the Court of Appeals and all parties.**

Date:_____ Signature:_____ Phone No.:_____

**PART III.             Notification That Transcript Has Been Filed In District Court**

*On the date the transcript is filed in the district court, the Court Reporter must complete this section, file this form with the District Court, AND send a copy of this form to the Court of Appeals.*

☐ **I certify that the transcript has been completed and filed with the district court on (date)**:_____ **AND that I have sent a copy of this form to the Court of Appeals.**

Date: 7/3/25   Signature:_____

Rev. 4/24